IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL ALLEN RHEIN,

     Appellant,

v.

     Case No.  5D22-2664
     LT Case No. 2021-1321-CFMA

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed July 25, 2023

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

WALLIS, LAMBERT and MACIVER, JJ., concur.